| | |
|---|---|
| 1 | Steven M. Schatz, State Bar No. 118356 |
| 2 | Karen T. Stefano, State Bar No. 149536 |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | Attorneys for |
|   | GREYLOCK PARTNERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNECTU LLC, | CASE NO. C07-80056MISC. MJJ |
| Plaintiff, | CASE NO. 1:04-cv-11923 DPW |
| v. | Pending in the United States District Court for the District of Massachusetts |
| MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC., | District Judge Douglas P. Woodlock |
|  | Magistrate Judge Robert B. Collings |
| Defendants. | [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF PLAINTIFF CONNECTU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FINANCIAL DOCUMENTS FROM GREYLOCK PARTNERS AND EXHIBITS 14, 15 AND 19 PURSUANT TO CIVIL L.R. 7-11 AND 79-5 |
| MARK ZUCKERBERG and THEFACEBOOK, INC., | |
| Counterclaimants. | |

3066112.1

[PROPOSED] ORDER GRANTING GREYLOCK
PARTNERS' REQUEST TO FILE DOCUMENTS
UNDER SEAL

The Miscellaneous Administrative Request of non-party Greylock Partners for filing documents under seal having been fully considered,

IT IS HEREBY ORDERED THAT:

Non-party Greylock Partners' request is GRANTED. The Clerk of the Court shall file the following documents under seal: relevant portions of ConnectU's Memorandum of Points and Authorities filed by Plaintiff in support of its Motion to Compel Financial Documents from Greylock Partners; and Exhibits 14, 15 and 19 to the Declaration of Meredith H. Schoenfeld in Support of Plaintiff ConnectU's Motion to Compel Financial Documents from Greylock Partners.

**IT IS SO ORDERED.**

Dated: March 12, 2007

THE HONORABLE ~~MARTIN J. JENKINS~~ EDWARD M. CHEN
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

3066112.1

[PROPOSED] ORDER GRANTING GREYLOCK PARTNERS' REQUEST TO FILE DOCUMENTS UNDER SEAL